**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA SLADE,<br><br>     Plaintiff,<br><br>  v.<br><br>SOMETHING NAVY, INC.<br><br>     Defendant. | Case No. 1:21-cv-8196-LGS<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Linda Slade and defendant Something Navy, Inc. (collectively, the "Parties" and individually a "Party"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be judicially enforceable, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: 1-17-22

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Phone: (917) 373-9128
Facsimile: (718) 504-7555
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

FENWICK & WEST, LLP

By: _____
Matthew F. Damm, Esq.
902 Broadway, Suite 14
New York, New York 10010
Telephone: (212) 430-2732
Facsimile: (650) 938-5200
Email: mdamm@fenwick.com
*Attorneys for Defendant*

**SO ORDERED**

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated:  January 18, 2022
        New York, New York

11